# Court of Appeals
# of the State of Georgia

ATLANTA,  August 29, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0012. SIDNEY LEONARD JOHNSON v. THE STATE.**

On June 21, 2017, Sidney Leonard Johnson's probation was revoked based upon the commission of a new felony offense. Johnson moved for appointment of counsel to challenge the revocation, which the trial court denied by order entered October 16, 2017. Johnson contends he never received a copy of the trial court's October 16 order. He thus filed a motion to vacate and reenter the order. Johnson also filed a motion to correct a void sentence, arguing that the trial court improperly revoked 8 years of his probation. In separate orders entered on May 31, 2018, the trial court denied Johnson's motion to correct a void sentence and vacated and reentered its October 16 order. Johnson then filed this direct appeal from these orders.[1] We lack jurisdiction.

The underlying subject matter of Johnson's appeal is the revocation of his probation. In order to obtain appellate review, he was thus required to file an application for discretionary appeal.  See OCGA § 5-6-35 (a) (5); *Jones v. State*, 340

---

[1] The trial court entered a third order on May 31, 2018, directing the clerk to file the defendant's motion to vacate and reenter the order, which apparently had not been previously filed.

Ga. App. 101, 102 (796 SE2d 487) (2017). His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

  *Clerk's Office, Atlanta, 08/29/2018*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*  *, Clerk.*